RECEIVED
MAY 21 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANDRE WINGO | * | CIVIL ACTION NO. 12-0519 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| BIOMAT PLASMA, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment be, and is hereby entered in favor of defendants, Biomat Plasma, Inc. and "Angela," a Biomat phlebotomist, dismissing, with prejudice, plaintiff's claims arising under the Constitution and laws of the United States. Fed.R.Civ.P. 12(b)(6).

**IT IS FURTHER ORDERED** that any remaining state law claims are DISMISSED, without prejudice. 28 U.S.C. § 1367(c).

THUS DONE AND SIGNED in chambers, this 21st day of May 2012, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE